# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D24-0562
LT Case No. 2009-CF-016147-A

———————————————

BARRINGTON ELLIOT MORAIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Barrington Elliot Morais, Madison, pro se.

Ashley Moody, Attorney General, and Darcy Townsend, Assistant
Attorney General, Tallahassee, for Appellee.

April 9, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and MAKAR and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____